UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    MARLON DELTON SIGMON                  CASE NO. 20-45630-TJT
                                                               CHAPTER 13
                                                               HONORABLE THOMAS J. TUCKER

                DEBTOR.
_____/

MARLON D. SIGMON
Debtor in Pro Se
8695 Spinnaker Way
Ypsilanti, MI 48197
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

      CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 2nd day of June, 2020, a copy of the Objection of Santander Consumer USA Inc. to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Tammy L. Terry | Marlon D. Sigmon |
| Trustee | Debtor in Pro Se |
| 535 Griswold, Suite 2100 | 8695 Spinnaker Way |
| Detroit, MI 48226 | Ypsilanti, MI 48197 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI 48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED: June 2, 2020